UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD KONTAS, individually and on behalf of all others similarly situated

Plaintiff(s)

- v -

THIRD VICTORY MEDIA, LLC and INTEREST MEDIA, INC.

Defendant(s)

**RULE 7.1 STATEMENT**

7:25-cv-10227

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Richard Kontas

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Plaintiff is a natural person and has no corporate parents, subsidies or affiliates.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

12/10/25
Date

/s/ Craig Thor Kimmel
Signature of Attorney

CK1991
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022