AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| RICHARD KONTAS, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>THIRD VICTORY MEDIA, LLC and INTEREST MEDIA, INC.<br><br>*Defendant(s)* | Civil Action No. 7:25-cv-10227 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Interest Media, Inc.
312 SW Greenwich Drive
Lees Summit, MO 64082

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Craig Thor Kimmel, Esq.
Kimmel & Silverman, PC
30 E. Butler Ave.
Ambler, PA 19002
267-468-7638
teamkimmel@creditlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/6/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

Civil Action No.    **7:25-cv-10227**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Interest Media, Inc.**
was recieved by me on  **1/07/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **Interest Media, Inc.** at **5661 Telegraph Rd Ste 4B, Saint Louis, MO 63129** on **01/08/2026 at 11:58 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   01/08/2026

*Server's signature*

**Larry Roth**
*Printed name and title*

**431 Lambeth Lane
431 Lambeth Lane
St Louis, MO 63125**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET,  to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: **0202670033**