AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| RICHARD KONTAS, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>THIRD VICTORY MEDIA, LLC and INTEREST MEDIA, INC.<br><br>*Defendant(s)* | Civil Action No. 7:25-cv-10227 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Third Victory Media, LLC
25 Robert Pitt Drive, Suite 204
Monsey, NY 10952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Craig Thor Kimmel, Esq.
Kimmel & Silverman, PC
30 E. Butler Ave.
Ambler, PA 19002
267-468-7638
teamkimmel@creditlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/6/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

Civil Action No.  **7:25-cv-10227**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Third Victory Media, LLC**
was recieved by me on **1/07/2026:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Ken Chiang Rep Services**, who is designated by law to accept service of process on behalf of **Third Victory Media, LLC** at **25 Robert Pitt Dr Ste 204, Monsey, NY 10952** on **01/15/2026 at 4:22 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  01/15/2026

*Server's signature*

**Kevin George**
*Printed name and title*

**16 Marshall street**
**Irvington, NJ 07111**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET,  to Ken Chiang Rep Services who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses.**




Tracking #: **0203798083**