UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RICHARD KONTAS,** *individually and on behalf of all others similarly situated,* | |
| Plaintiff, | Case No. 7:25-cv-10227-PMH |
| v. | Hon. Philip M. Halpern |
| **THIRD VICTORY MEDIA, LLC and INTEREST MEDIA, INC.** | |
| Defendant. | |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jacob U. Ginsburg, Esq. for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Pennsylvania, Michigan and New Jersey; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jacob U. Ginsburg, Esq. |
| Firm Name: | Kimmel & Silverman, P.C. |
| Address: | 30 E. Butler Ave. |
| City/State/Zip: | Ambler, PA 19002 |
| Telephone/Fax: | (267) 468-5374 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Richard Kontas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Accordingly, the Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 12

Dated: January 30, 2026
       White Plains, New York

Hon. Philip M. Halpern
United States District Judge