

February 19, 2026

> Application granted. The time for Defendants to answer or otherwise respond to the Complaint is extended to March 23, 2026.
>
> The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 14.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         February 20, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

RE:  **DEFENDANTS' CONSENTED-TO REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

*Richard Kontas, et al. v. Third Victory Media, LLC, et al.*, Case No. 7:25-cv-10277-PMH

Dear Judge Halpern:

Our firm has been retained to represent Defendants Third Victory Media, LLC ("TVM") and Interest Media, Inc. ("Interest" and together with TVM, "Defendants") in the above-referenced matter. Pursuant to Rule I.C. of Your Honor's Individual Practices, **we write on consent of Plaintiffs to respectfully request an extension of time for Defendants to answer or otherwise respond to the Complaint.**

The original deadline to answer or otherwise respond to the Complaint for Defendant Interest was January 29, 2026, and the original deadline for Defendant TVM was February 5, 2026. Our client's outside general counsel previously contacted Plaintiff's counsel for an extension, to which they also consented. However, our office was retained by the Defendants only today, so no request was filed with the Court until now.

Additional time is necessary to review the Complaint and draft a response. This is Defendants' first request for an extension of time; no previous requests for an adjournment or extension have been made. Counsel for Plaintiffs has consented to an extension of time to respond to the Complaint until March 23, 2026 for both Defendant Interest and Defendant TVM. The requested extension will not affect any other scheduled dates in this matter.

We appreciate the Court's consideration of this request.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • Mclean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

297383801v.2



Page 4

        Very truly yours,

        Wilson Elser Moskowitz Edelman & Dicker LLP

        /s/ Kieran R. Lang
        Kieran R. Lang

cc: All Counsel of Record (*via ECF*)

297383801v.2