IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD KONTAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THIRD VICTORY MEDIA, LLC and INTEREST MEDIA, INC.,<br><br>Defendants. | Civil Action No.: 7:25-cv-10227-PMH |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Jeremy Matthew Hogatt, Defendants THIRD VICTORY MEDIA, LLC and INTEREST MEDIA, INC. by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, will move this Court located at 40 Foley Square, New York, NY 10007, for an Order, dismissing Complaint (Dkt. No. 1) in its entirety and with prejudice, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(6) and/or 12(f) of the Federal Rules of Civil Procedure. For the reasons discussed in Defendants' Memorandum of Law, the Court should stay this matter and compel arbitration or, in the alternative, the Court should dismiss this matter as Plaintiffs lack standing to assert claims against defendants, the court lacks personal jurisdiction over the Defendants, and/or Plaintiffs have failed to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that the Defendants respectfully request oral argument with respect to this motion.

332216804v.1

/s/ *Richard W. Boone Jr.*
Richard W. Boone Jr.
Kieran R. Lang
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
E-mail:richard.boone@wilsonelser.com;
kieran.lang@wilsonelser.com;

*Attorneys for Defendants*
*Third Victory Media, LLC and*
*Interest Media, Inc.*

332216804v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically mailed the foregoing document to plaintiff in accordance with the Judge's Order dated April 23, 2026.

DATED: This 6th day of May 2026

/s/ *Richard W. Boone Jr.*
Richard W. Boone Jr.
Kieran R. Lang
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
E-mail: Richard.boone@wilsonelser.com;
Kieran.lang@wilsonelser.com;
***Attorney for Defendants***
***Third Victory Media, LLC and***
***Interest Media, Inc.***

332216804v.1