**PrimeRewardSpot**          Top Content          About Us          Contact Us

# Terms of Use

Effective Date: February 5th, 2026

https://primerewardspot.com (the "Website", "Company", "us", "we", or "our") has developed these Terms and Conditions. These Terms and Conditions ("Terms") and any supplements or amendments to it, together with our Privacy Policy (collectively, the "Agreement") form a legally binding agreement between you ("you", "your", or "user") and the Company, its directors, officers, parents, subsidiaries and representatives. This Agreement governs your access to and use of any Company website and your use or attempted use of our products and services. Continued use of or access to the Website shall be deemed to constitute your consent to be bound by the terms of this Agreement and shall be enforceable in the same way as if it was signed by you.

## Notice of Agreement to Arbitrate and Class Action Waiver

By accepting these Terms, you agree to the agreement to arbitrate and class action waiver contained in Section 6 of these Terms below.

## Contents

1. **Eligibility**
2. **Intellectual Property**
3. **Links to Affiliate Websites**
4. **Program Requirements**
5. **Disclaimer of Warranties**
6. **Agreement to Arbitrate**
7. **Consent to Contact**
8. **Voice Recording and Monitoring Consent**
9. **DMCA Policy And Notice**

10. **Limitation on Liability**

11. **Indemnification**

12. **Modifications to the Agreement**

13. **Miscellaneous**

14. **Contact Us**

## 1. ELIGIBILITY

Our Website is intended for users who are 18 years or older and are eligible to enter into a legally binding contract with us and not be barred from doing so under any applicable laws; or for users who are 13 years or older and have your parent or guardian's consent to the Agreement. The Website is not intended for children under 18 years of age. By using the Website, you are affirming that you are at least 18 years old.

This Website is intended for users residing in the United States.

## 2. INTELLECTUAL PROPERTY

You acknowledge that content available through the Website, including but not limited to content in the form of text, graphics, logos, software, music, videos, sounds and photographs as well as the content provided by suppliers, sponsors, or third-party advertisers, is protected by copyright, trademarks, patents, or other proprietary rights and applicable laws ("Intellectual Property Rights"). We grant you a non-exclusive, non-sublicensable, non-transferable, revocable, limited license to view, copy and print content retrieved from the Website solely for using or placing an order through the Website, provided that you agree not to remove or conceal the copyright notice or any other notices displayed on the content of the Website. Unless expressly stated in this Agreement, nothing contained in this Agreement or on the Website shall be construed as conferring any other rights or license, expressly, by implication, by estoppel, or otherwise under any of Company's or a third party's Intellectual Property Rights. Any rights not expressly granted herein are reserved.

Unless expressly stated in this Agreement, you agree not to (i) store transmit, upload, circulate, or otherwise make available any files that may contain malicious technology or material, including without limitation, viruses, logic bombs trojans or worms; (ii) determine or attempt to determine the source code, algorithms, or systems and procedures incorporated by the Website; (iii) hinder or attempt to hinder the proper functioning of the Website, disrupt the Website and/or any networks connected to the Website, or bypass any restrictive or

preventive measures to access the Website; (iv) remove any proprietary notices included in the original content or material of the Website; (v) use automated scripts to wrongfully collect information from or otherwise connect with the Website; (vi) modify, adapt, translate, make unauthorized copies, disassemble, reverse engineer, decompile or create derivative works of the Website; (vii) sell, resell, distribute, license, transfer the Website (in whole or in part); and (viii) violate any law or the terms of this Agreement.

## 3. LINKS TO AFFILIATE WEBSITES

Our Website may contain links to affiliate websites offering services and/or products and the Company may earn a small commission, without any cost to you, if you click on links to such affiliate websites from our Website and thereafter make a purchase on their website(s).The Website offers affiliate links to third party websites to provide a good user experience, Please note that we do not verify the identity and/or ascertain the credibility of third-party affiliates, check, inspect, monitor, or manage the security of third party affiliate websites nor do we verify, authenticate or monitor the accuracy and exhaustiveness of the information made accessible on such third-party affiliate websites. You agree that we shall not be held responsible or liable for any damage or loss arising out of your use of a third-party affiliate website(s), any information contained or provided by, or any offer(s) made by such website(s), or any contract between you and a third-party affiliate. We are not accountable for the enforcement of any obligations resulting from a contract between you and any third-party affiliate and shall not be obligated to intervene between the parties to any such contract. You expressly agree and accept that you will not involve us in any legal proceeding(s), investigation(s), audit(s) or arbitration deployed to resolve any and all disagreements between you and such third party affiliates.

## 4. PROGRAM REQUIREMENTS

Please review the Program Requirements including qualifications, representative deals, and the frequently asked questions.

**YOU MUST COMPLETE THE REQUIRED NUMBER OF DEALS TO QUALIFY FOR A REWARD. PARTIAL COMPLETION OF REGISTRATION, SURVEY QUESTIONS, OR VIEWING OPTIONAL OFFERS DOES NOT QUALIFY YOU.**

## 5. Disclaimer of Warranties

The Website is provided on an "as is" and "as available" basis. Unless specifically provided in the Terms, we expressly disclaim any and all warranties of any kind, whether express or implied, including, without limitation, any warranties of merchantability, fitness for a particular purpose and non-infringement and any other warranty arising under the uniform commercial code, usage of trade, course of conduct or otherwise.to the fullest extent permitted by law.

Without limiting the foregoing, the Company does not make any warranty that (i) access to the Website will be timely, secure, uninterrupted, error free; (ii) the Website will meet your requirements; (iii) defects, if any will be corrected; (iv) the Website will be free of any malicious software, viruses, trojans, worms or logic bombs; or (v) the results obtained from the user of the Website will be accurate and/or reliable. You understand and agree that the Company shall not be responsible or liable for any material and/or data obtained or downloaded through the use of the Website. Your use of the Website is at your own risk and you will be solely responsible for any damage to your computer system or loss of data that results from the download of any material and/or data from the Website. Unless expressly stated herein, any advice or information, whether oral or written, that you obtain from the Company directly, or through this Website, shall not create any warranty

## 6. AGREEMENT TO ARBITRATE

You and the Company agree that any and all disputes, claims, or controversies of any kind arising out of or relating to (a) your use of or access to the Website, (b) any products or services offered, marketed, sold, or provided in connection with the Website, or (c) any communications, calls, texts, or other contacts made to you after you opt in, shall be resolved exclusively through final and binding arbitration, rather than in court, except that either party may bring an individual claim in small claims court if it qualifies.

This Agreement to Arbitrate applies to claims against the Company and against its parents, subsidiaries, affiliates, predecessors, successors, assigns, agents, service providers, licensors, vendors, marketing partners, and any other third parties that contact you in connection with your opt-in or the services offered (collectively, "Covered Parties").

You agree that each Covered Party is an intended third-party beneficiary of this Agreement to Arbitrate and may enforce it to the same extent as the Company, including compelling arbitration of claims brought by you. This Agreement to Arbitrate is governed by and shall be enforced under the Federal Arbitration Act.

## Class Action and Representative Action Waiver

All claims must be brought solely in an individual capacity, and not as a plaintiff or class member in any class, collective, representative, or private attorney general action, including but not limited to claims under the Telephone Consumer Protection Act or state privacy statutes.

The arbitrator may award relief only on an individual basis and only to the extent necessary to resolve the individual claimant's claim(s). No arbitration award may affect or benefit any other consumer or party.

## Delegation of Authority

The arbitrator, not any court, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or formation of this Agreement to Arbitrate, including any claim that it is void or unenforceable in whole or in part.

## Arbitration Procedures

Arbitration shall be administered by the American Arbitration Association ("AAA") under its applicable rules, as modified by this Agreement. Arbitration shall take place in the county of your residence unless the parties agree otherwise. The arbitrator shall apply Missouri substantive law, excluding conflict-of-law principles.

The arbitrator's award shall be final and binding and may be entered as a judgment in any court of competent jurisdiction.

This Agreement to Arbitrate survives termination of your relationship with the Company and any opt-in, transaction, or communication giving rise to the claim.

## Costs of Arbitration

Arbitration fees and costs shall be governed by the AAA's applicable rules and any mandatory provisions of law.

If the arbitrator determines that a claim was frivolous, brought in bad faith, or asserted for an improper purpose, the arbitrator may require the

claimant to pay all arbitration fees and costs, to the fullest extent permitted by law.

## Confidentiality

The arbitration proceedings and any award shall remain confidential except as required by law or as necessary to enforce or challenge the award.

## Severability

If any provision of this Agreement to Arbitrate, including but not limited to the class action waiver, is found to be invalid, illegal, or unenforceable, such provision shall be severed from the Agreement, and the remaining provisions shall continue in full force and effect. The parties expressly agree that their intent is to arbitrate disputes on an individual basis to the fullest extent permitted by law, and any invalidation of the class action waiver shall not affect the enforceability of the arbitration agreement as a whole.

## 7. CONSENT TO CONTACT

You agree that providing your telephone number on the Website, you provide your signature expressly consenting to contact from the Company its subsidiaries, affiliates, or agents, and up to 30 of its marketing partners at the number provided by you regarding products or services via live, automated or prerecorded telephone call, text, or email. You understand that your telephone company may impose charges on you for these contacts, and you are not required to enter into this agreement as a condition of any purchase. You understand that you can revoke this consent by notifying us via webform located here.

By submitting your email address, you are extending an express invitation to each third-party you have been matched with to contact you by email at any email address you provided. You agree that any such email from a third-party will not be considered spam or unauthorized by any local, state or federal law or regulation. For any service, you represent that all of the information provided by you in your submission is true and accurate.

## 8. VOICE RECORDING AND MONITORING CONSENT

You agree and consent that the Company may record or monitor communications made by you during any calls you make to the Website

as permitted by 18 U.S.C. § 2511 et seq., Cal. Penal Code § 630 et seq., and other state laws that regulate call monitoring and recording. By calling us, you expressly consent and grant us the right to monitor or record the calls and use this information for the purposes described in the Privacy Policy. We are not obligated to monitor or record our services for accuracy, completeness, or quality.

## 9. DMCA POLICY AND NOTICE

If you are a copyright owner, authorized to act on behalf of one, or authorized to act under any exclusive right under copyright, you can report alleged copyright infringements taking place on or through the Website by completing a DMCA notice of alleged infringement, as described below, and submitting it to our Designated Agent. Upon receipt of notice, we will take suitable action that we, in our sole discretion, deem appropriate, including removal of the challenged content or material from the Website.

- Details of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works are covered by the notice, a representative list of all such works;

- Identification of the content or material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which needs to be disabled, and information reasonably sufficient to allow us to locate the such content;

- A declaration that the complainant in good faith believes that use of the content or material in the manner complained of is not authorized by the copyright owner, its agent, or the law;

- A declaration that the information in the notification is true and correct, and that the complainant is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

- The full name and electronic or physical signature of the authorized person acting on behalf of the owner of an exclusive right that is allegedly infringed; and

- Contact details of the complainant, such as email address, telephone number and an address at which the complaining party could be contacted.

Any notice of claimed infringement, including all the above-mentioned details, should be sent to our Designated Agent at contact@primerewardspot.com

Please be informed that if you fail to comply with all of the requirements of this section and of 17 USC § 512(c)(3) your DMCA notice may not be valid.

## 10. LIMITATION ON LIABILITY

You expressly understand and agree that the Company, its agents, suppliers, parents, subsidiaries, representatives or affiliates shall, under no circumstances, be liable for any special, indirect, incidental, exemplary or consequential damages, including without limitation, any loss of use, profits, data, goodwill, cost of procurement of substitute services, or any other special, indirect, incidental, exemplary or consequential damages. This applies regardless of the manner in which damages occurred, and on any theory of liability, whether for breach of contract, tort (including, without limitation, negligence and strict liability) or otherwise resulting from (1) your use of, or the inability to use, the Website, (2) the use of, or the inability to use, items purchased from third-party websites linked on the Website; (3) the cost of procurement of substitute services or items; or (4) any other matter related to the Website.

## 11. INDEMNIFICATION

You agree to indemnify and hold harmless the Company, its directors, officers, employees, agents, parents, subsidiaries, affiliates, co-branders, and suppliers, , from and against any and all claims, demands, liability, losses, disputes, damages, and costs of any kind, including but not limited to reasonable attorneys' fees and litigation costs resulting from or in any way connected with (i) your use of the Website; (ii) any information transmitted or submitted through the Website; (iii) privacy, tort or other claims (e.g., claims made under the Telephone Consumer Protection Act (TCPA) or its equivalent state law ) relating to any personal information provided (e.g., telephone number) to the Company by you that is not owned by you, in contravention to the terms of this Agreement; and/or (iv) your breach of the terms of this Agreement.

## 12. MODIFICATIONS TO THE AGREEMENT

We reserve the right to make changes to these Terms, from time to time, in our sole discretion, by updating this posting on the Website without prior notice to you. Your continued use of the Website post the modification of the Terms constitutes your acceptance of such updated Terms. We encourage you to review the Terms whenever you visit the Website, to see if a new version has been posted.

## 13. MISCELLANEOUS

The Company may assign, transfer, or sub-contract any of our rights or obligations under these Terms and Conditions to any third party at our discretion. Any representations, warranties, and indemnification obligations made or undertaken by you will survive cancellation or termination of your account or relationship with the Company. No delay by the Company in exercising any right or remedy under these Terms and Conditions shall operate as a waiver of that right or remedy or shall affect the Company's ability to subsequently exercise that right or remedy. Any waiver must be agreed to by the Company in writing. These Terms and Conditions supersede any other terms previously published by us and any other representations or statements made by us to you, whether oral, written, or otherwise.

## 14. CONTACT US

If you have any questions or concerns about this Agreement, please contact us at contact@primerewardspot.com.

PrimeRewardSpot is an independent rewards program and is not affiliated, associated, authorized, or endorsed by any other company or government agency. All product and company names are trademarks of their respective holders. See Program Requirements for eligibility. By participating you agree to our Privacy Policy and Terms and Conditions. PrimeRewardSpot does not guarantee that you qualify for third-party offers. Deals are subject to change without notice.