## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**RICHARD KONTAS,** *individually and on behalf of all others similarly situated*

Plaintiff,

vs.

**THIRD VICTORY MEDIA, LLC and INTEREST MEDIA, INC.,**

Defendants.

Case No. 7:25-cv-10227-PMH

Hon. Philip M. Halpern

## DECLARATION OF RICHARD KONTAS

I, Richard Kontas hereby declare as follows:

1.     I am a 69-year old adult citizen of Burbank, California, where I have lived since 2003.

2.     I have personal knowledge of the statements made in this declaration, and if asked to testify about the contents of this declaration, I would be willing and competent to do so.

3.     I am the owner, subscriber and primary user of a cell phone, the number for which is 818-███-2182, which has been my cell phone number since approximately 2007.

4.     I use that cell phone number for primary residential purposes, such as speaking with friends and family.

5.     I registered the phone number 818-███-2182 on the National Do-Not-Call Registry on or around February 10, 2008 in order to avoid unwanted telemarketing calls and spam text messages.

1

6.      I earned a bachelor's degree in journalism and a master's degree in mass communications from University of California State Northridge and worked as a journalist for decades.

7.      I am now retired and receive Social Security benefits.

8.      I find telemarketing calls and spam text messages to be irritating and disruptive to my daily life.

9.      Because telemarketers often do not identify themselves, I use certain techniques I learned as a journalist to locate information about the source of the calling or texting party.

10.     Since learning about the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") in or around 2021, I have filed four lawsuits, including this matter. Two of those lawsuits were dismissed and one case settled.

11.     In October and November of 2022, I received the following text messages:

| Date | Time | Number |
|------|------|--------|
| 10/26/22 | 8:01 am | 305-713-5323 |
| 10/26/22 | 1:45 pm | 818-612-4432 |
| 10/27/22 | 10:00 am | 405-548-7825 |
| 11/11/22 | 9:37 am | 650-609-1220 |
| 11/20/22 | 12:54 pm | 602-816-3283 |
| 11/21/22 | 9:26 am | 772-899-5805 |
| 11/26/22 | 2:25 pm | 650-935-1788 |

12.     Each of those texts were soliciting "rewards" and/or "sweepstakes" and featured a link.

13.    I had not signed up to receive any such messages, nor did I otherwise enroll to receive any "sweepstakes" or "rewards" at any time prior to the receipt of those messages.

14.    Each of those text messages were irritating and disruptive to me.

15.    On December 29, 2022, after I had received those seven text messages, because the text messages did not identify the sender, I clicked the links in each of the text messages to learn the source.

16.    The link in each of the aforementioned seven text messages led to a page on the site pendingprize.com, which displayed a "lucky number" I was told to click to supposedly "win" a Visa gift card. A true and correct image of a screenshot I took on December 29, 2022 from the webpage to which my browser resolved after clicking the link is below:



17.    In each instance, clicking the "lucky number" led me to a tracking page at imtrk.go2cloud.org. I was then asked to click "continue."   A true and correct copy of a screenshot I took of this page on December 29, 2022 is below:

3



18.     After I clicked "continue" my web browser resolved on primerewardspot.com. The form asked me to submit my email address and click continue, only if one scrolled down to see the rest of the page do you see that it had small grey fine print text below the "continue" button. The screenshot on the left is the page as it was visible on my iPhone. The screenshot on the right shows the page after scrolling all the way down. The true and correct copies of the screenshots I took of this page on or about December 30, 2022 are below:

 

19.     In order to ascertain the source of the text messages, I entered the email address eatshit@hotmail.com. That is not truly an email I use but was entered to get to the next page and complete my investigation. That investigation, once again, was only done after I had received all seven text messages at issue.

20.     I have reviewed the declaration of Jeremy Matthew Hoggart in support of Defendants' motion to compel arbitration and/or dismiss, and the image below Hoggart's paragraph 5 is not the image that I saw and captured from primerewardspot.com on or about December 29, 2022. Rather, the correct image of the website from that date is the image above.

21.     After searching Secretary of State records from various states, I learned "PrimeRewardSpot" is an assumed name registered with the New York Secretary of State to Third Victory Media, LLC, which has been confirmed to own and operate primerewardspot.com.

22.     When conducting my investigation, the URL for the aforementioned tracking site imtrk.go2cloud.org is a domain owned by TUNE, Inc. TUNE, Inc. also owns a website hasoffers.com.

23.     I saw the website hasoffers.com displayed a privacy policy disclosing that the site is owned or operated by Interest Media.

24.     I also learned from Interest Media and Third Victory Media's public filings that the two companies share common officers including Jeremy Matthew Hogatt, Kent Freeburg, and Mike Stephens. A true and correct copy of those public filings are attached as Exhibit "A."

25.     Because the text messages all drove traffic to the websites primerewardspot.com and imtrk.go2cloud.org, I understand and therefore allege each of the seven text messages were sent by Defendants or on their behalf.

I, Richard Kontas hereby certify the foregoing is true and correct, subject to the penalty of perjury on this 26th of May 2026.

_____
RICHARD KONTAS