# EXHIBIT A

John R. Ashcroft Secretary of State
## 2023 ANNUAL REGISTRATION REPORT
### BUSINESS

| F01420328 |
| :---: |
| **Date Filed: 7/3/2023** |
| **John R. Ashcroft** |
| **Missouri Secretary of State** |

**\*SECTION 1, 3 & 4 ARE REQUIRED**

REPORT DUE BY:  **10/31/2023**

RENEWAL MONTH:
**JULY**

☐ I OPT TO CHANGE THE CORPORATION'S
RENEWAL MONTH TO  FOR A $25.00 FEE

**F01420328**
**INTEREST MEDIA, INC.**
**VCORP AGENT SERVICES, INC.**
**120 S CENTRAL AVE STE 400**
**CLAYTON MO  63105**

**1**

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:  **\***

**312 SW Greenwich Dr**                          (Required)

STREET
**Lees Summit      MO            64082-4408**
CITY / STATE                    ZIP

**2**  If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent
**IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW
REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.**

☐ The new registered office address
**Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.**

| OFFICERS<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).<br>**MUST LIST PRESIDENT AND SECRETARY BELOW**  **A** | BOARD OF DIRECTORS  **\***<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).<br>**MUST LIST AT LEAST ONE DIRECTOR BELOW**  **B** |
| --- | --- |
| **PRESIDENT**  Hoggatt, Jeremy  Matthew<br>              312 SW Greenwich Dr<br>STREET<br>CITY/STATE/ZIP  **Lees Summit MO 64082-4408** | **NAME**  Hoggatt, Jeremy Matthew<br>              312 SW Greenwich Dr<br>STREET<br>CITY/STATE/ZIP  **Lees Summit MO 64082-4408 USA** |
| **SECRETARY**  Hoggatt, Matt Matthew<br>              312 SW Greenwich Dr<br>STREET<br>CITY/STATE/ZIP  **Lees Summit MO 64082-4408** | **NAME**<br>STREET<br>CITY/STATE/ZIP |
| **TREASURER**  Hoggatt, Jeremy Matthew<br>              312 SW Greenwich Dr<br>STREET<br>CITY/STATE/ZIP  **Lees Summit MO 64082-4408** | **NAME**<br>STREET<br>CITY/STATE/ZIP |
| STREET<br>CITY/STATE/ZIP | **NAME**<br>STREET<br>CITY/STATE/ZIP |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**3**

**4**  The undersigned understands that false statements made in this report are punishable for the crime of making a false  **\***
declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

| **Authorized party or officer sign here** | **Jeremy Matthew Hoggatt** | (Required) |
| --- | --- | --- |
| **Please print name and title of signer:** | **Jeremy Matthew Hoggatt** / **President** | |
| | NAME                    TITLE | |

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 10/31/2023
__$35.00 If filed on or before  11/30/2023
__$50.00 If filed on or before 12/31/2023
__$65.00 If filed on or before 1/31/2024
**ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.**

**WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW
IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION
PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE**

E-MAIL ADDRESS (OPTIONAL):

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102